UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **IN RE:** | **UNCLAIMED DIVIDENDS FOR DEPOSIT TO REGISTRY FUND** |
| ANGEL R RAMOS<br>DIANA RAMOS<br>Debtor(s) | **CASE NO. BKY 07-32405 DDO** |

Jasmine Z. Keller, Chapter 13 Trustee, reports that distributions to Dr. B. Michael Manthel in the amount of $1.53, were unclaimed.

| CREDITOR: | CLAIM NUMBER: | AMOUNT: |
|---|---|---|
| Dr. B. Michael Manthel<br>1814 North St. Paul Road<br>Maplewood, MN 55109-4798 | 5 | $1.53 |

ACCOUNT NUMBER:
0393

**Jasmine Z. Keller, Trustee**

Dated: January 12, 2011

/s/ Jasmine Z. Keller/jj
Jasmine Z. Keller, Trustee

**DISTRIBUTION:**
Original and one copy to Clerk of Court
One copy to United States Trustee

RECEIVED 11 JAN 13 AM 11:12 U.S. BANKRUPTCY COURT ST. PAUL, MN