UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE:

ANGEL R RAMOS
DIANA RAMOS
      Debtor(s)

UNCLAIMED DIVIDENDS FOR
DEPOSIT TO REGISTRY FUND

**CASE NO. BKY 07-32405 DDO**

Jasmine Z. Keller, Chapter 13 Trustee, reports that distributions to Angel R. Ramos in the amount of $1.00, were unclaimed.

| CREDITOR: | CLAIM NUMBER: | AMOUNT: |
|---|---|---|
| Angel R. Ramos<br>Diana Ramos<br>1967 Manor Lane<br>Hastings, MN 55033 | | $1.00 |

ACCOUNT NUMBER:
REFUND

                              **Jasmine Z. Keller, Trustee**

Dated: January 12, 2011

                              /s/ Jasmine Z. Keller/jj
                              Jasmine Z. Keller, Trustee

**DISTRIBUTION:**
Original and one copy to Clerk of Court
One copy to United States Trustee



RECEIVED 11 JAN 13 AM 11: 13 U.S. BANKRUPTCY COURT ST. PAUL, MN